# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
ZULLO, PETER J                      §    Case No. 07-18618 SQU
ZULLO, LISA M                       §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

     Funds were disbursed in the following amounts:

     Payments made under an interim
     disbursement
     Administrative expenses
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
Case 07-18618  Doc 39  Filed 09/07/21  Entered 09/07/21 12:43:18  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Document  Page 3 of 8
Page: 1

Exhibit A

| Case No: | 07-18618 SQU  Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ZULLO, PETER J | Date Filed (f) or Converted (c): | 10/10/07 (f) |
|  | ZULLO, LISA M | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 08/29/11 | Claims Bar Date: | 02/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18 North Charles Street Naperville, IL. 60540 | 396,282.00 | 2,282.00 | | 0.00 | FA |
| 2. Checking (2) w/Fifth Third | 300.00 | 300.00 | | 0.00 | FA |
| 3. Misc. Household Goods & Furnshings | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4. Misc. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 5. Misc. Jewelry | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. wholelife w/NY Life | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. wholelife policy w/NY Life | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. IRA husband | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 9. 2007 Chevrolet Avalanche | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 10. 2005 Chevrolet Equinox | 12,225.00 | 12,225.00 | | 0.00 | FA |
| 11. 2004 Honda Civic | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 12. Claim For Unpaid Wages (u) Trustee has filed a claim for unpaid wages in companion corporate Chapter 7 case. Trustee is waiting to see if there willl be a distribution to priority wage claimants in that case. | 0.00 | 6,696.00 | | 6,021.73 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.73 | Unknown |
| TOTALS (Excluding Unknown Values) | $502,407.00 | $115,103.00 | | $6,023.46 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 10/31/11

**UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*

LFORM1

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-18618 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ZULLO, PETER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZULLO, LISA M | | Account Number / CD #: | *******0118  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9440 | | | |
| For Period Ending: | 08/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/15/10 | 12 | Brenda Porter Helms, Trustee<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | | 1229-000 | 6,021.73 | | 6,021.73 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 6,021.80 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,021.95 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.10 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.25 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,022.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.56 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,022.70 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,022.86 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,023.01 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,023.16 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.11 | 6,018.05 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.15 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.20 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.25 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.30 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.35 |

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*  Page Subtotals  6,023.46  5.11

Ver: 16.02b
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-18618 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | ZULLO, PETER J | Bank Name: | BANK OF AMERICA, N.A. |
|  | ZULLO, LISA M | Account Number / CD #: | *******0118 Money Market Account (Interest Earn |
| Taxpayer ID No: | ********9440 |  |  |
|  |  | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 08/29/11 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Deposits ($) | Disbursements ($) | Balance ($) |
| --- | --- | --- | --- |
| COLUMN TOTALS | 6,023.46 | 5.11 | 6,018.35 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 6,023.46 | 5.11 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 6,023.46 | 5.11 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********0118 | 6,023.46 | 5.11 | 6,018.35 |
|  | ------------------------ | ------------------------ | ------------------------ |
|  | 6,023.46 | 5.11 | 6,018.35 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*   Page Subtotals   0.00   0.00

Ver: 16.02b
LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-18618 SQU
Case Name: ZULLO, PETER J
             ZULLO, LISA M
Trustee Name: GINA B. KROL

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | IRS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to priority creditors     $_____

    Remaining Balance     $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery One | $ | $ | $ |
| 000002 | Discover Bank/DFS Services LLC | $ | $ | $ |
| 000003 | James Davis | $ | $ | $ |
| 000004 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000005 | Chase Bank USA,N.A. | $ | $ | $ |
| 000007 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000008 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000009A | Illinois Department of Revenue | $ | $ | $ |
| 000010 | eCAST Settlement Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE