UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ZULLO, PETER J | § | Case No. 07-18618 SQU |
| ZULLO, LISA M | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/07/2011 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Naperville, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2011         By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
ZULLO, PETER J § Case No. 07-18618 SQU
ZULLO, LISA M §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,023.46 |
| and approved disbursements of | $ | 5.11 |
| leaving a balance on hand of[1] | $ | 6,018.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,352.35 | $ 0.00 | $ 1,352.35 |
| Other: International Sureties Ltd. | $ 5.11 | $ 5.11 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,352.35 |
| Remaining Balance | | $ | 4,666.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 48,919.67  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | IRS | $ 22,540.67 | $ 0.00 | $ 2,149.95 |
| 000009B | Illinois Department of Revenue | $ 26,379.00 | $ 0.00 | $ 2,516.05 |
| | Total to be paid to priority creditors | | | $ 4,666.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,023.18  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery One | $ 631.84 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank/DFS Services LLC | $ 12,719.45 | $ 0.00 | $ 0.00 |
| 000003 | James Davis | $ 105.00 | $ 0.00 | $ 0.00 |
| 000004 | LVNV Funding LLC its successors and assigns as | $ 3,777.62 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA,N.A. | $ 276.91 | $ 0.00 | $ 0.00 |
| 000007 | LVNV Funding LLC its successors and assigns as | $ 1,857.26 | $ 0.00 | $ 0.00 |
| 000008 | eCAST Settlement Corporation assignee of | $ 571.70 | $ 0.00 | $ 0.00 |
| 000009A | Illinois Department of Revenue | $ 3,265.00 | $ 0.00 | $ 0.00 |
| 000010 | eCAST Settlement Corporation | $ 7,078.32 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | LVNV Funding LLC its successors and assigns as | $ 348.60 | $ 0.00 | $ 0.00 |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 5,391.48 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $             0.00

Remaining Balance     $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-18618-JHS
Peter J Zullo                                                           Chapter 7
Lisa M Zullo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: preed                Page 1 of 2              Date Rcvd: Sep 09, 2011
                              Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2011.
```
db          +Peter J Zullo,    18 North Charles,    Naperville, IL 60540-4969
jdb         +Lisa M Zullo,    18 North Charles,    Naperville, IL 60540-4969
aty         +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
              Batavia, IL 60510-3172
tr          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11669004    +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11669003    +Bank of America,    475 Crosspoint,    PO Box 9000,   Getzville, NY 14068-9000
11669005    +Capital One Bank,    PO Box 211128,    Saint Paul, MN 55121-2528
11669006    +Caseys Foods,    PO Box 4378,    Wheaton, IL 60189-4378
11669007    +Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
11669008    +Charter One Bank,    1 Citizen Drive,    RJE 245,   Riverside, RI 02915-3019
11838733    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
11669009    +Chase Visa,    PO Box 15291,    Wilmington, DE 19886-5291
11669010    +Citi Financial,    PO Box 22060,    Tempe, AZ 85285-2060
11669011     Citifinancial,    PO Box 498609,    Cincinnati, OH 45249-8609
11669016    +Edward Don & Co.,    2562 Paysphere Circle,    Chicago, IL 60674-0001
11669017     Exxon Mobil,    Processing Center,    Des Moines, IA 50361-0001
11669019   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Box 630778,    Cincinnati, OH 45263)
11669018   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    PO Box 6330778,    Cincinnati, OH 45263)
11669020    +GMAC Mortgage,    c/o Codilis & Assoc.,    15W030 N. Frontage Rd., STe. 100,
              Burr Ridge, IL 60527-6921
11669021     HFC,   PO Box 17574,    Baltimore, MD 21297-1574
11669023    +HSBC,   PO Box 17051,    Baltimore, MD 21297-1051
11669022     Home Depot,    Processing Center,    Des Moines, IA 50364-0500
11923130     Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
11916052   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
              100 West Randolph Street,    Chicago, Illinois  60601)
11669024    +IRS,   P.O. Box 21125,    Philadelphia, PA 19114-0325
11669025    +James Davis,    120 Spalding Drive,    Suite 307,   Naperville, IL 60540-6521
11669027    +Macys,    PO Box 23381,    Tampa, FL 33623-3381
11669031    +Second Edition Visa,    PO Box 856176,    Louisville, KY 40285-6176
11669033   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    PO Box 790298,    Saint Louis, MO 63179-0298)
11669032    +Value City,    PO Box 659704,    San Antonio, TX 78265-9704
15503629     eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
11907588     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC,    Card Services III,
              POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13072790    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2011 01:26:15
              AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12585687    +E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2011 01:26:35     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11669014     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22     Discover,    PO Box 3008,
              New Albany, OH 43054-3008
11769366     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11669026     E-mail/PDF: cr-bankruptcy@kohls.com Sep 10 2011 01:06:20     Kohls,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
11822872     E-mail/Text: resurgentbknotifications@resurgent.com Sep 09 2011 23:32:48
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12585688     E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2011 01:26:35
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11760941    +E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2011 01:26:35
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11669030    +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2011 00:56:12     Sams Club,    PO Box 530942,
              Atlanta, GA 30353-0942
                                                                                              TOTAL: 9
```

```
District/off: 0752-1              User: preed              Page 2 of 2              Date Rcvd: Sep 09, 2011
                                  Form ID: pdf006          Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11669013     Diane Zullo
11669015     Donald Zullo
11669028     Petey Z's Inc.
11669029     Petey Z's Inc.
11669012     ##+Citifinancial,   PO Box 9575,   Coppell, TX 75019-9509
                                                                            TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**                    **Signature:**    *Joseph Speetjens*