UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| ZULLO, PETER J | § | Case No. 07-18618 |
| ZULLO, LISA M | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                                             Without Payment:

Total Expenses of Administration:

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America |  |  |  |  |  |
|  | Citifinancial |  |  |  |  |  |
|  | Fifth Third Bank |  |  |  |  |  |
|  | Fifth Third Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000006 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Casey's Foods | | | | | |
| | Central DuPage Hospital | | | | | |
| | Charter One | | | | | |
| | Edward Don & Son | | | | | |
| | Exxon Mobil | | | | | |
| | HFC | | | | | |
| | Home Depot | | | | | |
| | Kohl's | | | | | |
| | Macy's | | | | | |
| | Sam's Club | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Second Edition Visa | | | | | |
| | Value City | | | | | |
| | Von Maur | | | | | |
| 000003 | JAMES DAVIS | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | CAPITAL RECOVERY ONE | | | | | |
| 000005 | CHASE BANK USA,N.A. | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000007 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 07-18618  Doc 40  Filed 11/28/11  Entered 11/16/11 16:31:45  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 8 of 11
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-18618 SQU Judge: JOHN H. SQUIRES | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ZULLO, PETER J | | | Date Filed (f) or Converted (c): | 10/10/07 (f) |
| | ZULLO, LISA M | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: 11/02/11 | | | | Claims Bar Date: | 02/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18 North Charles Street Naperville, IL. 60540 | 396,282.00 | 2,282.00 | | 0.00 | FA |
| 2. Checking (2) w/Fifth Third | 300.00 | 300.00 | | 0.00 | FA |
| 3. Misc. Household Goods & Furnshings | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4. Misc. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 5. Misc. Jewelry | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. wholelife w/NY Life | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7. wholelife policy w/NY Life | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. IRA husband | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 9. 2007 Chevrolet Avalanche | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 10. 2005 Chevrolet Equinox | 12,225.00 | 12,225.00 | | 0.00 | FA |
| 11. 2004 Honda Civic | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 12. Claim For Unpaid Wages (u) | 0.00 | 6,696.00 | | 6,021.73 | FA |
| Trustee has filed a claim for unpaid wages in companion corporate Chapter 7 case. Trustee is waiting to see if there willl be a distribution to priority wage claimants in that case. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.84 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $502,407.00   $115,103.00   $6,023.57   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 10/31/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

LFORM1                                                                                                                    Ver: 16.04e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18618 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ZULLO, PETER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZULLO, LISA M | | Account Number / CD #: | *******0118  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9440 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/15/10 | 12 | Brenda Porter Helms, Trustee<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | | 1229-000 | 6,021.73 | | 6,021.73 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 6,021.80 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,021.95 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.10 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.25 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,022.41 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,022.56 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,022.70 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,022.86 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,023.01 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,023.16 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.11 | 6,018.05 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.15 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.20 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.25 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.30 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,018.35 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.05 | | 6,018.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.05 | | 6,018.45 |
| 10/06/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.01 | | 6,018.46 |
| 10/06/11 | | Transfer to Acct #*******4153 | Final Posting Transfer | 9999-000 | | 6,018.46 | 0.00 |

Page Subtotals    6,023.57    6,023.57

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-18618 -SQU |
| Case Name: | ZULLO, PETER J |
| | ZULLO, LISA M |
| Taxpayer ID No: | *******9440 |
| For Period Ending: | 11/02/11 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0118 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 6,023.57 | 6,023.57 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,018.46 | |
| Subtotal | 6,023.57 | 5.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,023.57 | 5.11 | |

Page Subtotals 0.00 0.00

Exhibit 9

| Case No: | 07-18618 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ZULLO, PETER J | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZULLO, LISA M | | Account Number / CD #: | *******4153  BofA - Checking Account |
| Taxpayer ID No: | *******9440 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/06/11 | | Transfer from Acct #*******0118 | Transfer In From MMA Account | 9999-000 | 6,018.46 | | 6,018.46 |
| 10/06/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,352.35 | 4,666.11 |
| 10/06/11 | 003002 | IRS<br>P.O. Box 21125<br>Philadelphia, PA 19114 | Claim 000006, Payment 9.53831% | 5800-000 | | 2,150.00 | 2,516.11 |
| 10/06/11 | 003003 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Chicago, Illinois 60601 | Claim 000009B, Payment 9.53831% | 5800-000 | | 2,516.11 | 0.00 |

```
                                         COLUMN TOTALS                     6,018.46        6,018.46            0.00
                                 Less:  Bank Transfers/CD's                 6,018.46            0.00
                                         Subtotal                               0.00        6,018.46
                                 Less:  Payments to Debtors                                     0.00
                                         Net                                    0.00        6,018.46
                                                                                               NET          ACCOUNT
                      TOTAL - ALL ACCOUNTS              NET DEPOSITS      DISBURSEMENTS      BALANCE
        Money Market Account (Interest Earn - ********0118)   6,023.57         5.11            0.00
               BofA - Checking Account - ********4153            0.00      6,018.46            0.00
                                                        -----------------  -----------------  -----------------
                                                             6,023.57       6,023.57           0.00
                                                        =================  =================  =================
                                                        (Excludes Account  (Excludes Payments  Total Funds
                                                            Transfers)       To Debtors)       On Hand
```

Page Subtotals    6,018.46    6,018.46